Carlos A. Zelaya, II
F. Gerald Maples, P.A.
365 Canal Street, Suite 2650
Telephone: (504) 569-8732
Fax: (504) 525-6932
Email: czelaya@fgmpaleslaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Leodee Beavers, et al. v. Pfizer Inc., et al.*<br>(Case No. 06-2870 CRB)<br><br>*Albert Stockfelt, et al. v. Pfizer Inc., et al.*<br>(Case No. 06-0154 CRB) | **CASE NO. 05-1699 CRB**<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer**<br><br>**STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFFS WITH PREJUDICE** |

Come now Plaintiffs in these actions, including <u>but not limited</u> to Leodee Beavers and Terry Beavers spouse; Bernard G. Boitmann as son and heir, David R. Boitmann as son and heir, Patricia Catalano as daughter and heir, and Darla K. Hanson as daughter and heir of Anna M. Boitmann; Bonnie L. Condor as surviving spouse and heir and Tribble Condor as daughter and heir of Tyrone W. Condor; Brenda Stockfelt as surviving spouse and heir, Michele Melendez as daughter and heir, and Ashley Bouchon as daughter and heir of Albert J. Stockfelt; Cyril E. Wetzel, Jr. and Lorraine Wetzel spouse, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions with prejudice, with each side bearing its own attorneys' fees and costs.

-1-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
**Case No. MDL NO. 1699**

DATED: _____, 2009    By: \_\_\_/s/ Carlos A. Zelaya, II_____

F. Gerald Maples, P.A.
365 Canal Street, Suite 2650
New Orleans, LA 70130
Telephone: (504) 569-8732
Facsimile: (504) 525-6932

*Attorneys for Plaintiffs*

DATED: Oct. 12, 2009    By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: 10/16/, 2009

IT IS SO ORDERED
Judge Charles R. Breyer

-2-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
**Case No. MDL NO. 1699**